# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05675-PA (JEMx) | Date | November 30, 2011 |
|---|---|---|---|
| Title | Robert Southey, et al. v. Bret Hart, et al. | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER RE DEFENDANTS' (HIGH DESERT AVIONICS, INC. AND JEFF LANDON) MOTION TO COMPEL PLAINTIFFS ROBERT SOUTHEY AND MELISSA BROWN TO MAKE FURTHER RESPONSES TO DEFENDANTS'(HIGH DESERT AVIONICS, INC. AND JEFF LANDON) FIRST SET OF REQUESTS FOR INTERROGATORIES (Docket # 17)

      Plaintiffs did not respond to Defendants' Motion to Compel Further Responses to Interrogatories. Before ruling on the matter, the Court requests that Plaintiffs either file a Notice of Non-Opposition or show cause why the Motion should not be granted within 5 business days hereof. The Court is concerned that Plaintiffs may not have received the draft Joint Stipulation because of the change in Plaintiffs' Counsel's address.

      Initials of Preparer     :     sa