JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT SOUTHEY, individually; ) Case No. CV11-05675 PA (JEMx)
and MELISSA BROWN, individually )
)
     Plaintiffs, )
) [PROPOSED] ORDER GRANTING
vs. ) STIPULATION OF DISMISSAL WITH
) PREJUDICE
BRET HART, individually; JEFF )
LANDON, individually; HIGH )
DESERT AVIONICS, an unknown )
type of entity; and DOES 1 to 200, )
inclusive )
)
)
    Defendants. )
)
)
)
_____ )

## ~~PROPOSED~~ ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice, GOOD CAUSE appearing therefore, IT IS THEREFORE ORDERED that the above-captioned case is hereby dismissed with prejudice, and with waiver of costs.

IT IS SO ORDERED

Date: December 13, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE